UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-145 |
| VERSUS | SECTION "I" |
| DARIUS WILLIAMS<br>　a/k/a   D-Nice | VIOLATION:<br>18 U.S.C. § 922(g)(1)<br>and 924(a)(2) |

## RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
## PRETRIAL CONFERENCE RESET FOR AUGUST 11, 2021 AT 3:30 P.M.

Take Notice that this criminal case has been reset for **TRIAL** on **SEPTEMBER 20, 2021** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

 **\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   June 17, 2021 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Darius Williams   **(CUSTODY)** | AUSA:   Brittany L. Reed |
| | Task Force Officer Guy R. Swalm, ATF |
| AFPD, Annalisa Miron | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | **JUDGE**<br><br>**MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:   **NONE** |